IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00033-MP-AK

CRAIG BREWER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 172, Motion to Continue Sentencing filed by the Government. The Government requests the continuance so that the Defendant may continue to provide assistance in the matter of <u>United States v. Charles Wright</u>. A telephone hearing was held on this matter on Tuesday, August 22, 2006. During the hearing, counsel for the Defendant indicated that the Defendant had no objections to the motion. Accordingly, the motion is granted. Defendant's sentencing is hereby rescheduled for Thursday, October 19, 2006, at 1:30 p.m.

    **DONE AND ORDERED** this   *22nd* day of August, 2006

                                *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge