IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00033-MP-AK

CRAIG BREWER,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 209, Objection to Presentence Investigation Report, filed by Defendant Brewer on Wednesday, October 18, 2006. A hearing on this matter was held on Thursday, October 19, 2006. At the hearing, the Government requested a continuance in the sentencing of Defendant Brewer, currently scheduled for October 19, 2006, because it had not had enough time to evaluate and review the Defendant's objections to the presentence investigation report. After considering the matter, the motion is granted. Accordingly, Defendant Brewer's sentencing is hereby continued to Wednesday, November 30, 2006, at 2 p.m.

    **DONE AND ORDERED** this   *19th*   day of October, 2006

                                    *s/Maurice M. Paul*

                                Maurice M. Paul, Senior District Judge